UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 06cr2506-BTM |
| Plaintiff, | ) | |
| v. | ) | |
| **CANDELARIA SANDOVAL DE VILLA (2),** | ) | **ORDER EXONERATING PROPERTY BOND** |
| Defendant. | ) | |

**GOOD CAUSE APPEARING,** the defendant having met the conditions of bond, the case against her having been dismissed on motion of the government, and the property bond ordered exonerated on oral motion by the Honorable Barry Ted Moskowitz,

**IT IS HEREBY ORDERED** that the property bond in the amount of $100,000 posted and filed on behalf of the defendant, Candelaria Sandoval de Villa, in the above-captioned case be exonerated and the property located at 976 West 11th Street, Pomona, California 91766, be reconveyed to the sureties as listed in the deed of trust securing said bond.

**SO ORDERED**.

DATED:   September 20, 2007

_____
Peter C. Lewis
U.S. Magistrate Judge
United States District Court